**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

ALEJANDRA SUAREZ, an Individual,

Plaintiff,

vs.

COSTCO WHOLESALE CORPORATION, a Corporation, and DOES 1 to 50, Inclusive,

Defendant(s).
Defendant.

Case No. 2:26–cv–10270 FMO (MARx)

**~~[PROPOSED]~~ ORDER RE STIPULATED PROTECTIVE ORDER**

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: November 24 , 2026

Margo A. Rocconi
UNITED STATES MAGISTRATE JUDGE